Gregory G. Brown (CSBN 132004)
Mark M. Higuchi (CSBN 247262)
Joseph M. Dankert (CSBN 316370)
**BROWN & CHARBONNEAU, LLP**
420 Exchange, Suite 270
Irvine, CA 92602
Telephone: 714-505-3000
Facsimile: 714-505-3070
mail@bc-llp.com

Counsel for Defendants Michelle Morris-Kerin,
Edward Kerin, and Lifeplan Children's Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept:   2<br><br>Complaint Filed:  August 10, 2022<br>Trial:                      Not Yet Set |

---

STIP. & JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 22-cv-0723 AJB BLM

1    Plaintiffs Raushanah Holland, individually and as successor in interest to Jeraie Cromartie, a deceased minor; and J.P., a minor child by and through his guardian ad litem, Raushanah Holland ("Plaintiffs"), and Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc. ("Morris Defendants") (collectively, the "Parties"), by and through their attorneys of record, jointly move for an Order extending the time for the Morris Defendants' filing of a response to Plaintiffs' First Amended Complaint and hereby stipulate as follows:

WHEREAS, on October 13, 2022, the Plaintiffs filed a First Amended Complaint in this matter against various defendants including the Morris Defendants;

WHEREAS, the Morris Defendants' deadline to file a responsive pleading or motion to the First Amended Complaint is presently November 21, 2022;

WHEREAS, the Morris Defendants have requested a thirty (30) day extension of time of the Morris Defendants' deadline to file a responsive pleading or motion to the First Amended Complaint, and good cause exists to support this joint motion and extension;

NOW, THEREFORE, Plaintiffs and the Morris Defendants, by and through their attorneys of record, hereby jointly move for an Order adopting this Stipulation to extend the Morris Defendants' responsive pleading or motion deadline until December 21, 2022.

DATED:  November 15, 2022         Respectfully submitted,

**LAW OFFICE OF SAMUEL H. PARK, APC**

*s/Samuel H. Park*
Samuel H. Park (CA 261136)
148 Pacific Ave. #2
Pacific Grove, CA 93950
Telephone: 813-529-5955
Email: sam@sampark.lawyer

|   |   |   |
|---|---|---|
| 1 |  | *Counsel for Plaintiffs* |
| 2 |  |  |
| 3 | Dated: November 15, 2022 | **BROWN & CHARBONNEAU LLP** |
| 4 |  | <u>s/ Joseph M. Dankert</u> |
|   |  | Joseph M. Dankert |
| 5 |  | 420 Exchange, Suite 270 |
| 6 |  | Irvine, CA 92602 |
|   |  | Telephone: 714-505-3000 |
| 7 |  | Facsimile:  714-505-3070 |
|   |  | Email: mail@bc-llp.com |
| 8 |  |  |
| 9 |  | *Attorneys for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.* |

2

STIP. & JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 5:22-cv-01409 SSS (SPx)

## **ATTESTATION OF ELECTRONIC SIGNATURES**

I, Joseph M. Dankert, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation and Joint Motion to Extend the Time to Respond to Amended Complaint.

Dated:  November 15, 2022          *s/ Joseph M. Dankert*
                                   Joseph M. Dankert