Gregory G. Brown (CSBN 132004)
Mark M. Higuchi (CSBN 247262)
Joseph M. Dankert (CSBN 316370)
**BROWN & CHARBONNEAU, LLP**
420 Exchange, Suite 270
Irvine, CA 92602
Telephone: 714-505-3000
Facsimile:  714-505-3070
mail@bc-llp.com

Counsel for Defendants Michelle Morris-Kerin,
Edward Kerin, and Lifeplan Children's Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>                  Plaintiffs,<br>v.<br>COUNTY OF RIVERSIDE, a public entity;<br>EVELIA GARCIA, an individual;<br>MARIE JULIAN, an individual;<br>NANCY SOUZA, an individual;<br>JENNIFER HATHAWAY, an individual;<br>KATHY LOWE, an individual;<br>KAREN ROMERO, an individual;<br>LAVONZA SANDERS, an individual;<br>AMANDA ROBLES, an individual;<br>KARIMA DEADRICK, an individual;<br>STEVE KORDOVA, an individual;<br>ANDREA SIMON, an individual;<br>ALAINA RANSOME, an individual;<br>DEIDRE BURNETT, an individual;<br>MICHELLE MORRIS-KERIN, an | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept: 2<br><br><br>Complaint Filed: August 10, 2022<br>Trial: Not Yet Set |

**NOTICE OF LODGING [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**
**5:22-cv-014099 SSS (SPx)**

1

individual;
EDWARD KERIN, an individual;
LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and
DOES 1-10 inclusive,
                    Defendants.

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT pursuant to and in compliance with Local Rule 5-4.4, the parties hereby lodge the [PROPOSED] Order to the Stipulation and Joint Motion to Extend the Time to Respond to Amended Complaint attached and incorporated herein as Exhibit "1."

DATED: November 15, 2022        BROWN & CHARBONNEAU, LLP


                                By:   *s/Joseph M. Dankert*
                                GREGORY G. BROWN
                                MARK M. HIGUCHI
                                JOSEPH M. DANKERT
                                Attorneys for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Joseph M. Dankert, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Notice of Lodging [Proposed] Order on Stipulation and Joint Motion to Extend the Time to Respond to Amended Complaint.

Dated:  November 15, 2022                    *s/ Joseph M. Dankert*
                                             Joseph M. Dankert

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

**NOTICE OF LODGING [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**

5:22-cv-014099 SSS (SPx)

4

1  Gregory G. Brown (CSBN 132004)
   Mark M. Higuchi (CSBN 247262)
2  Joseph M. Dankert (CSBN 316370)
   **BROWN & CHARBONNEAU, LLP**
3  420 Exchange, Suite 270
   Irvine, CA 92602
4  Telephone: 714-505-3000
   Facsimile:  714-505-3070
5  mail@bc-llp.com

6  Counsel for Defendants Michelle Morris-Kerin,
   Edward Kerin, and Lifeplan Children's Services, Inc.
7

8

9               **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>                    Plaintiffs,<br>     v.<br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br>                    Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**[PROPOSED] ORDER RE STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept:   2<br><br><br><br>Complaint Filed:    August 10, 2022<br>Trial:              Not Yet Set |

**NOTICE OF LODGING [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**

**5:22-cv-014099 SSS (SPx)**

5

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the stipulation is approved.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

---

**NOTICE OF LODGING [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**
**5:22-cv-014099 SSS (SPx)**