1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  Julian V. Lee, Esq. (State Bar No. 243704)
   jlee@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
4  Riverside, California 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendants
   COUNTY OF RIVERSIDE, AMANDA ROBLES
7  EVELIA GARCIA, MARIE JULIAN, KATHY LOWE,
   and NANCY SOUZA

8

9                UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 RAUSHANAH HOLLAND,                  ) CASE NO.: 5:22-cv-01409 SSS
   individually and as successor in interest ) (SPx)
12 to JERAIE CROMARTIE, a deceased      )
   minor; and J.P., a minor child by and ) **STIPULATION TO EXTEND**
13 through his guardian ad litem,       ) **TIME TO RESPOND TO**
   RAUSHANAH HOLLAND,                  ) **INITIAL COMPLAINT BY NOT**
14                                      ) **MORE THAN 30 DAYS**
              Plaintiff,                ) **(L.R. 8-3)**
15                                      )
         vs.                            )
16                                      ) First Amended Complaint
   COUNTY OF RIVERSIDE, a public       ) Served:              11/17/22
17 entity; EVELIA GARCIA, an individual;) Current Response Date: 12/8/22
   MARIE JULIAN, an individual;        ) New Response Date:    1/6/23
18 NANCY SOUZA, an individual;          )
   JENNIFER HATHAWAY, an               )
19 individual; KATHY LOWE, an           )
   individual; KAREN ROMERO, an        )
20 individual; LA VONZA SANDERS, an    )
   individual; AMANDA ROBLES, an       )
21 individual; KARIMA DEADRICK, an     )
   individual; STEVE CORDOVA, an       )
22 individual; ANDREA SIMON, an        )
   individual; HEIDI THRONE, an        )
23 individual; ALAINA RANSOME, an      )
   individual; DEIDRE BURNETT, an      )
24 individual; MICHELLE                )
   MORRIS-KERIN, an individual;        )
25 EDWARD KERIN, an individual;        )
   LIFEPLAN CHILDREN'S SERVICES,       )
26 INC., a California corporation, and  )
   DOES 1-10, inclusive,               )
27                                      ) *Complaint filed 8/9/22*
              Defendants.               ) *First Amended Complaint filed*
28 _____) *10/13/22*

P:\Case Files\RVC\547.Holland\p-stip03 (extend answer Garcia, Julian, Lowe, Souza).wpd
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30
DAYS (L.R. 8-3)**

1 COMES NOW Plaintiff, RAUSHANAH HOLLAND, by and through her attorney of record Samuel H. Park, Esq., and Defendants, EVELIA GARCIA, MARIE JULIAN, KATHY LOWE, and NANCY SOUZA, by and through her attorneys Douglas C. Smith, Esq. and Julian V. Lee, Esq., and hereby stipulate pursuant to Local Rule 8-3 as follows:

To continue the current responsive pleading due date of December 8, 2022 for not longer than 30 days, to January 6, 2023.

SO STIPULATED.

DATED: December 2, 2022        SMITH LAW OFFICES, LLP

By      /s/ Julian V. Lee
        Douglas C. Smith
        Julian V. Lee
        Attorneys for Defendants
        COUNTY OF RIVERSIDE, AMANDA ROBLES EVELIA GARCIA, MARIE JULIAN, KATHY LOWE, and NANCY SOUZA

DATED: December 2, 2022        LAW OFFICE OF SAMUEL PARK, APC

By      /s/ Samuel H. Park
        Samuel H. Park
        Attorney for Plaintiff
        RAUSHANAH HOLLAND

I herein certify in accordance with Local Rule 5.4.3.4. that all parties have concurred in the contents of the document and have authorized me to so file it.

DATED: December 2, 2022        SMITH LAW OFFICES, LLP

By      /s/ Julian V. Lee
        Douglas C. Smith
        Julian V. Lee
        Attorneys for Defendants
        COUNTY OF RIVERSIDE, AMANDA ROBLES, EVELIA GARCIA, MARIE JULIAN, KATHY LOWE, and NANCY SOUZA