| | |
|---|---|
| 1 | Douglas C. Smith, Esq. (State Bar No.160013) |
|   | dsmith@smitlaw.com |
| 2 | Julian V. Lee, Esq. (State Bar No. 243704) |
|   | jlee@smitlaw.com |
| 3 | SMITH LAW OFFICES, LLP |
|   | 4001 Eleventh Street |
| 4 | Riverside, California 92501 |
|   | Telephone: (951) 509-1355 |
| 5 | Facsimile: (951) 509-1356 |

Attorneys for Defendants
COUNTY OF RIVERSIDE AND AMANDA ROBLES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND, | CASE NO.: 5:22-cv-01409 SSS (SPx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); AND PROPOSED ORDER.** |
| vs. | |
| COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LA VONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE CORDOVA, an individual; ANDREA SIMON, an individual; HEIDI THRONE, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10, inclusive, | First Amended Complaint<br>Served: 10/26/22<br>Current Response Date: 12/16/22<br>New Response Date: 01/06/23 |
| Defendants. | *Complaint filed 8/9/22*<br>*First Amended Complaint filed 10/13/22* |

P:\Case Files\RVC\547.Holland\p-stip04 (2nd extend answer RVC and Robles).wpd

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1  COMES NOW Plaintiff, RAUSHANAH HOLLAND, by and through her
2  attorney of record Samuel H. Park, Esq., and Defendants, COUNTY OF
3  RIVERSIDE and AMANDA ROBLES, by and through their attorneys Douglas C.
4  Smith, Esq. and Julian V. Lee, Esq., and hereby stipulate pursuant to Local Rule 8-
5  3 as follows:

6  To continue the current responsive pleading to Plaintiff's First Amended
7  Complaint for Defendant COUNTY OF RIVERSIDE, due date of December 14,
8  2022, and the current responsive pleading to Plaintiff's First Amended Complaint
9  for Defendant AMANDA ROBLES, due date of December 16, 2022, for not
10 longer than 30 days, to January 6, 2023.

11 While this is a second stipulation for extension for COUNTY OF RIVERSIDE and
12 AMANDA ROBLES to provide a responsive pleading, good cause exists for this
13 stipulation.  Plaintiff's attorney has been out of the country, and will not return until
14 December 15, 2022.  While the attorneys have talked about responses and due dates, the
15 coordination of schedules and properly addressing issues in a motion to dismiss with
16 plaintiff's attorney being out of the country has proven difficult.  As such, additional time
17 is necessary to properly meet and confer.

18 Plaintiff's attorney and defendant's attorney have briefly talked regarding a
19 possible motion to dismiss on related named County employee defendants.  The attorneys
20 agree that the issues raised in a motion to dismiss for those defendants are similar to those
21 in a motion to dismiss by the COUNTY OF RIVERSIDE and ROBLES.  As such, the
22 attorneys agree that it would be beneficial to extend the due date for the motion to dismiss
23 for defendants COUNTY OF RIVERSIDE and ROBLES to that of the other named
24 County defendants to include COUNTY OF RIVERSIDE and ROBLES in the motion to
25 dismiss of the named County defendants, thereby attempting to reduce the number of
26 motions to dismiss necessary.
27 ///
28 ///

P:\Case Files\RVC\547.Holland\p-stip04 (2nd extend answer RVC and Robles).wpd   2
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1  Reduction in the number of motions that must be prepared, filed, scheduled and
2  heard increases the efficiency of the parties, decreases the costs of the parties, and
3  decreases the judicial resources used by needing fewer hearings.
4  SO STIPULATED.

5  DATED: December 7, 2022    SMITH LAW OFFICES, LLP

6
7  By    /s/ Julian V. Lee
    Julian V. Lee
    Attorneys for Defendants
8      COUNTY OF RIVERSIDE AND
    AMANDA ROBLES
9

10 DATED: December 7, 2022    LAW OFFICE OF SAMUEL PARK, APC

11
12 By    /s/ Samuel H. Park
    Samuel H. Park
    Attorney for Plaintiff
13     RAUSHANAH HOLLAND

14
15

16  I herein certify in accordance with Local Rule 5.4.3.4. that all parties have
17 concurred in the contents of the document and have authorized me to so file it.

18 DATED: December 7, 2022    SMITH LAW OFFICES, LLP

19
20 By    /s/ Julian V. Lee
    Douglas C. Smith
    Julian V. Lee
21     Attorneys for Defendants
    COUNTY OF RIVERSIDE AND
22     AMANDA ROBLES

23
24
25
26
27
28

P:\Case Files\RVC\547.Holland\p-stip04 (2nd extend answer RVC and Robles).wpd   3
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**