|   |   |
|---|---|
| 1 | Douglas C. Smith, Esq. (State Bar No.160013) |
|   | dsmith@smitlaw.com |
| 2 | Julian V. Lee, Esq. (State Bar No. 243704) |
|   | jlee@smitlaw.com |
| 3 | SMITH LAW OFFICES, LLP |
|   | 4001 Eleventh Street |
| 4 | Riverside, California 92501 |
|   | Telephone: (951) 509-1355 |
| 5 | Facsimile: (951) 509-1356 |

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND, | ) ) ) ) ) ) | CASE NO.: 5:22-cv-01409 SSS (SPx) **[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS** |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | First Amended Complaint |
| COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LA VONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE CORDOVA, an individual; ANDREA SIMON, an individual; HEIDI THRONE, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Served:                  10/26/22 Current Response Date:   12/14/22 New Response Date:        01/06/23 |
| Defendants. | ) ) ) | *Complaint filed 8/9/22* *First Amended Complaint filed 10/13/22* |

P:\Case Files\RVC\547.Holland\p-prop.order01 (2nd extend answer RVC and Robles).wpd

**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**

|     |     |
| --- | --- |
| 1   | The Court, having read and considered the parties Stipulation to Extend |
| 2   | Time to Respond to First Amended Complaint by not More than 30 Days, and |
| 3   | good cause appearing, herein grants the parties request as follows: |
| 4   | 1. The current deadline for a timely response by Defendant |
| 5   | COUNTY OF RIVERSIDE to Plaintiff's First Amended Complaint of December |
| 6   | 14, 2022, is extended to January 6, 2023. |
| 7   | 2. The current deadline for a timely response by Defendant |
| 8   | AMANDA ROBLES to Plaintiff's First Amended Complaint of December 16, |
| 9   | 2022, is extended to January 6, 2023. |
| 11  | **IT IS SO ORDERED.** |
| 13  | DATED: _____, 2022 |
| 14  | HON. SUNSHINE S. SYKES<br>United States District Court Judge |

P:\Case Files\RVC\547.Holland\p-prop.order01 (2nd extend answer RVC and Robles).wpd

**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**