Gregory G. Brown (CSBN 132004)
Mark M. Higuchi (CSBN 247262)
Joseph M. Dankert (CSBN 316370)
**BROWN & CHARBONNEAU, LLP**
420 Exchange, Suite 270
Irvine, CA 92602
Telephone: 714-505-3000
Facsimile:  714-505-3070
mail@bc-llp.com

Counsel for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge:  Hon. Sunshine Suzanne Sykes<br>Dept:    2<br><br>Complaint Filed:  August 10, 2022<br>Trial:            Not Yet Set |

---

STIP. & JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 22-cv-0723 AJB BLM

| | |
|---|---|
| 1 | Plaintiffs Raushanah Holland, individually and as successor in interest to |
| 2 | Jeraie Cromartie, a deceased minor; and J.P., a minor child by and through his |
| 3 | guardian ad litem, Raushanah Holland ("Plaintiffs"), and Defendants Michelle |
| 4 | Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc. ("Morris |
| 5 | Defendants") (collectively, the "Parties"), by and through their attorneys of record, |
| 6 | jointly move for an Order extending the time for the Morris Defendants' filing of a |
| 7 | response to Plaintiffs' First Amended Complaint and hereby stipulate as follows: |
| 8 | WHEREAS, on October 13, 2022, the Plaintiffs filed a First Amended |
| 9 | Complaint in this matter against various defendants including the Morris |
| 10 | Defendants; |
| 11 | WHEREAS, the Morris Defendants' deadline to file a responsive pleading or |
| 12 | motion to the First Amended Complaint was originally November 21, 2022; |
| 13 | WHEREAS, the Parties previously stipulated to extend the Morris Defendants |
| 14 | deadline to file a responsive pleading or motion to December 21, 2022; |
| 15 | WHEREAS, stipulations have been entered to extend the deadlines of other |
| 16 | defendants in this case to file a responsive pleading to January 6, 2023; |
| 17 | WHEREAS, the Morris Defendants have requested an extension of time of |
| 18 | the Morris Defendants' deadline to file a responsive pleading or motion to the First |
| 19 | Amended Complaint to January 6, 2023 to be in conformity with the responsive |
| 20 | pleadings of the other defendants in this case, and good cause exists to support this |
| 21 | joint motion and extension; |
| 22 | /// |
| 23 | /// |
| 24 | /// |

1   NOW, THEREFORE, Plaintiffs and the Morris Defendants, by and through
2   their attorneys of record, hereby jointly move for an Order adopting this Stipulation
3   to extend the Morris Defendants' responsive pleading or motion deadline until
4   January 6, 2023.

6   DATED:  December 13, 2022           Respectfully submitted,

7                                       **LAW OFFICE OF SAMUEL H. PARK, APC**

9                                       *s/Samuel H. Park*
                                        Samuel H. Park (CA 261136)
10                                      148 Pacific Ave. #2
                                        Pacific Grove, CA 93950
11                                      Telephone: 813-529-5955
                                        Email: sam@sampark.lawyer

12                                      *Counsel for Plaintiffs*

14  Dated: December 13, 2022            **BROWN & CHARBONNEAU LLP**

                                        *s/ Joseph M. Dankert*
16                                      Joseph M. Dankert
                                        420 Exchange, Suite 270
17                                      Irvine, CA 92602
                                        Telephone: 714-505-3000
18                                      Facsimile:  714-505-3070
                                        Email: mail@bc-llp.com

20                                      *Attorneys for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.*

---

2

STIP. & JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 5:22-cv-01409 SSS (SPx)

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Joseph M. Dankert, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation and Joint Motion to Extend the Time to Respond to Amended Complaint.

Dated:  December 13, 2022			*s/ Joseph M. Dankert*
						Joseph M. Dankert