| | |
|---|---|
| 1 | Douglas C. Smith, Esq. (State Bar No.160013) |
|   | dsmith@smitlaw.com |
| 2 | Julian V. Lee, Esq. (State Bar No. 243704) |
|   | jlee@smitlaw.com |
| 3 | SMITH LAW OFFICES, LLP |
|   | 4001 Eleventh Street |
| 4 | Riverside, California 92501 |
|   | Telephone: (951) 509-1355 |
| 5 | Facsimile: (951) 509-1356 |
| 6 | Attorneys for Defendant |
|   | COUNTY OF RIVERSIDE |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND, | ) ) ) ) ) ) ) | CASE NO.: 5:22-cv-01409 SSS (SPx) |
| Plaintiff, | ) ) | **ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS** |
| vs. | ) | |
| COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LA VONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE CORDOVA, an individual; ANDREA SIMON, an individual; HEIDI THRONE, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | First Amended Complaint<br>Served:               10/26/22<br>Current Response Date: 12/14/22<br>New Response Date:    01/06/23 |
| Defendants. | ) ) ) | *Complaint filed 8/9/22*<br>*First Amended Complaint filed 10/13/22* |

**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**

1. The Court, having read and considered the parties Stipulation to Extend Time to Respond to First Amended Complaint by not More than 30 Days, and good cause appearing, herein grants the parties request as follows:

    1. The current deadline for a timely response by Defendant COUNTY OF RIVERSIDE to Plaintiff's First Amended Complaint of December 14, 2022, is extended to January 6, 2023.

    2. The current deadline for a timely response by Defendant AMANDA ROBLES to Plaintiff's First Amended Complaint of December 16, 2022, is extended to January 6, 2023.

**IT IS SO ORDERED.**

DATED: December 14, 2022

_____
HON. SUNSHINE S. SYKES
United States District Court Judge

---

**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**