1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**ORDER RE: STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept:  2<br><br>Complaint Filed: August 10, 2022<br>Trial:                    Not Yet Set |

The Court, having read and considered the parties Stipulation to Extend Time to file a responsive pleading or motion to the First Amended Complaint to January 6, 2023, to be in conformity with the responsive pleadings of the other defendants in this case, based on the stipulation and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline of Defendant, Michelle Morris-Kerin, to file a timely response or motion to the First Amended Complaint is extended from December 21, 2022 to January 6, 2023.

2. The deadline of Defendant, Edward Kerin, to file a timely response or motion to the First Amended Complaint is extended from December 21, 2022 to January 6, 2023.

3. The deadline of Defendant, Lifeplan Children's Services, Inc., to file a timely response or motion to the First Amended Complaint is extended from December 21, 2022 to January 6, 2023.

**IT IS SO ORDERED.**

Dated: December 14, 2022

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE