Gregory G. Brown (CSBN 132004)
Mark M. Higuchi (CSBN 247262)
Joseph M. Dankert (CSBN 316370)
**BROWN & CHARBONNEAU, LLP**
420 Exchange, Suite 270
Irvine, CA 92602
Telephone: 714-505-3000
Facsimile:  714-505-3070
mail@bc-llp.com

Counsel for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>                     Plaintiffs,<br><br>         v.<br><br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br><br>                     Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept:   2<br><br>Complaint Filed:  August 10, 2022<br>Trial:                    Not Yet Set |

1 | Plaintiffs Raushanah Holland, individually and as successor in interest to
2 | Jeraie Cromartie, a deceased minor; and J.P., a minor child by and through his
3 | guardian ad litem, Raushanah Holland ("Plaintiffs"), and Defendants Michelle
4 | Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc. ("Morris
5 | Defendants") (collectively, the "Parties"), by and through their attorneys of record,
6 | jointly move for an Order extending the time for the Morris Defendants' filing of a
7 | response to Plaintiffs' First Amended Complaint and hereby stipulate as follows:

8 | WHEREAS, on October 13, 2022, the Plaintiffs filed a First Amended
9 | Complaint in this matter against various defendants including the Morris
10 | Defendants;

11 | WHEREAS, the Morris Defendants' deadline to file a responsive pleading or
12 | motion to the First Amended Complaint was originally November 21, 2022;

13 | WHEREAS, the Parties previously stipulated to extend the Morris Defendants
14 | deadline to file a responsive pleading or motion to December 21, 2022;

15 | WHEREAS, the Parties previously then again stipulated to extend the Morris
16 | Defendants deadline to file a responsive pleading or motion to January 6, 2023;

17 | WHEREAS, there is a presently a dispute as to insurance coverage on the part
18 | of the Morris Defendants necessitating an extension of time for the Morris
19 | Defendants to respond to Plaintiffs' First Amended Complaint;

20 | WHEREAS, the Morris Defendants have requested a thirty (30) day extension
21 | of time of the Morris Defendants' deadline to file a responsive pleading or motion
22 | to the First Amended Complaint to February 6, 2023, and good cause exists to
23 | support this joint motion and extension;
24 | ///
25 | ///
26 | ///
27
28

1 NOW, THEREFORE, Plaintiffs and the Morris Defendants, by and through their attorneys of record, hereby jointly move for an Order adopting this Stipulation to extend the Morris Defendants' responsive pleading or motion deadline until February 6, 2023.

DATED: January 3, 2023            Respectfully submitted,

**LAW OFFICE OF SAMUEL H. PARK, APC**

*s/Samuel H. Park*
Samuel H. Park (CA 261136)
148 Pacific Ave. #2
Pacific Grove, CA 93950
Telephone: 813-529-5955
Email: sam@sampark.lawyer

*Counsel for Plaintiffs*

Dated: January 3, 2023            **BROWN & CHARBONNEAU LLP**

*s/ Joseph M. Dankert*
Joseph M. Dankert
420 Exchange, Suite 270
Irvine, CA 92602
Telephone: 714-505-3000
Facsimile: 714-505-3070
Email: mail@bc-llp.com

*Attorneys for Defendants Michelle Morris-Kerin, Edward Kerin, and Lifeplan Children's Services, Inc.*

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Joseph M. Dankert, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation and Joint Motion to Extend the Time to Respond to Amended Complaint.

Dated: January 3, 2023          *s/ Joseph M. Dankert*
                                Joseph M. Dankert