1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, individually and as successor in interest to JERAIE CROMARTIE, a deceased minor; and J.P., a minor child by and through his guardian ad litem, RAUSHANAH HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a public entity; EVELIA GARCIA, an individual; MARIE JULIAN, an individual; NANCY SOUZA, an individual; JENNIFER HATHAWAY, an individual; KATHY LOWE, an individual; KAREN ROMERO, an individual; LAVONZA SANDERS, an individual; AMANDA ROBLES, an individual; KARIMA DEADRICK, an individual; STEVE KORDOVA, an individual; ANDREA SIMON, an individual; ALAINA RANSOME, an individual; DEIDRE BURNETT, an individual; MICHELLE MORRIS-KERIN, an individual; EDWARD KERIN, an individual; LIFEPLAN CHILDREN'S SERVICES, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01409 SSS (SPx)<br><br>**[PROPOSED] ORDER RE: STIPULATION AND JOINT MOTION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Dept: 2<br><br>Complaint Filed: August 10, 2022<br>Trial: Not Yet Set |

---

[PROPOSED] ORDER RE: STIPULATION AND JOINT MOTION TO EXTEND
THE TIME TO RESPOND TO AMENDED COMPLAINT
Case No.: 22-cv-0723 AJB BLM

The Court, having read and considered the parties Stipulation to Extend Time to file a responsive pleading or motion to the First Amended Complaint to February 6, 2023, based on the stipulation and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline of Defendant, Michelle Morris-Kerin, to file a timely response or motion to the First Amended Complaint is extended from January 6, 2023 to February 6, 2023.
2. The deadline of Defendant, Edward Kerin, to file a timely response or motion to the First Amended Complaint is extended from January 6, 2023 to February 6, 2023.
3. The deadline of Defendant, Lifeplan Children's Services, Inc., to file a timely response or motion to the First Amended Complaint is extended from January 6, 2023 to February 6, 2023

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE