Shawn A. McMillan (SBN: 208529)
THE LAW OFFICE OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, CA 92122
Phone: (858) 646-0069
Fax: (858) 746-5283
Email: attyshawn@netscape.net

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
374d Bergin Drive
Monterey, CA 93940
Phone: (831) 529-5955
Email: sam@sampark.lawyer

Attorneys for All Plaintiffs.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUSHANAH HOLLAND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:22-cv-01409 SSS (SPx)<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Judge:  Hon. Sunshine Suzanne Sykes<br>Courtroom: 2 |

## STIPULATION

This stipulation ("Stipulation") is made and entered into by and between (1) Plaintiffs, Raushanah Holland, individually, and as successor-in-interest to Jeraie Cromartie; and J.P., by and through his guardian ad litem, Jerone Jenkins, by and through their undersigned counsel, Samuel H. Park; and (2) Defendants, County of Riverside, Nancy Souza, Kathy Lowe, Amanda Robles, Evelia Garcia, and Marie Julian, by and through their undersigned counsel, Julian V. Lee; (3) Defendant, Michelle Morris-Kerin, (4) Defendant, Edward Lawrence Kerin, and (5) Defendant, Lifeplan Children's Services, Inc., collectively, the "Parties," as follows:

- 1 -

## Recitals

WHEREAS, on February 21, 2023, Plaintiffs retained additional counsel, Shawn A. McMillan of the Law Offices of Shawn A. McMillan, who will serve as lead counsel in this case and needs additional time to review the case files;

WHEREAS, on February 6, 2023, Plaintiffs filed a Petition for Access to Juvenile Case File in the Riverside Superior Court, Juvenile Division, seeking additional, unredacted juvenile records for Plaintiff Raushanah's children, Jeraie Cromartie (deceased), J.P., and Jerone Jenkins;

WHEREAS, a hearing has been set on said Petition for April 21, 2023 before the Riverside Superior Court;

WHEREAS, the first round of 827 records produced were quite voluminous and highly redacted;

WHEREAS, the parties have filed additional 827 petitions to obtain unredacted juvenile records as well as the records of other victims, and there have been substantial delays in obtaining a juvenile court hearing on said 827 petitions;

WHEREAS, given the circumstances Plaintiffs' counsel requires additional time to obtain the necessary records, review them, and draft the proposed amended complaint;

WHEREAS, counsel for the County of Riverside has recently obtained authorization to appear on behalf of Defendant, Jennifer Hathaway, leaving just one individual defendant who will need to be served;

WHEREAS, the undersigned Parties have met and conferred and agree that Plaintiffs should have the opportunity to file an amended complaint;

WHEREAS, the parties have agreed that Plaintiffs shall have an additional sixty (60) days within which to file their Third Amended Complaint. Such that the Third Amended Complaint will be due on June 14, 2020.

- 2 -

GOOD CAUSE supports this Stipulation, in that the policy favoring liberal amendment of complaints, judicial economy, and ends of justice would be served.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

1. The foregoing recitals are incorporated herein by reference as though set forth in full.

2. Plaintiffs shall file a Third Amended Complaint by June 14, 2023.

**AGREED AND ACCEPTED BY:**

Dated: _04-07-2023_        By: _Michelle Morris-Kerin_
                               Michelle Morris-Kerin

Dated: _04-07-2023_        By: _Michelle Morris-Kerin_
                               Michelle Morris-Kerin, CEO
                               Lifeplan Children's Services, Inc.

Dated: _04-07-2023_        By: _Edward L. Kerin_
                               Edward Lawrence Kerin

Dated: _4/7/2023_          **LAW OFFICE OF SAMUEL H. PARK, APC**

                           By:    _/s/ Samuel H. Park_
                                  Samuel H. Park,
                                  Attorney for Plaintiffs.

/ / /

/ / /

/ / /

1

Dated: ___4/7/2023___

**SMITH LAW OFFICES, LLP**

2

3

By: ___/s/ Julian V. Lee___

Douglas C. Smith, Esq.
Julian V. Lee,
Attorney for County of Riverside, Nancy
Souza, Kathy Lowe, Amanda Robles, Evelia
Garcia, and Marie Julian

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND THE TIME WITHIN
WHICH TO FILE PLAINTIFFS' AMENDED COMPLAINT**

## **ATTESTATION OF ELECTRONIC SIGNATURE**

I, Samuel H. Park, attest that all other signatories listed hereto, and on whose behalf this filing is submitted, concur in the content of this Stipulation and have authorized the filing.

Dated: <u>4/7/2023</u>          By:     <u>/s/ Samuel H. Park</u>
                                          Samuel H. Park

STIPULATION TO EXTEND THE TIME WITHIN
WHICH TO FILE PLAINTIFFS' AMENDED COMPLAINT