UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01409-SSS-SPx | Date | October 24, 2023 |
| Title | *Raushanah Holland, et al. v. County of Riverside, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On July 14, 2023, Plaintiffs filed their Third Amended Complaint. [Dkt. 77]. On July 27, 2023, Plaintiffs filed a Proof of Service of Summons and Third Amended Complaint. [Dkt. 82]. Any required responsive pleading was due by August 17, 2023. As of today's date, Defendant Lifeplan Children's Services, Inc. has neither filed an answer or a motion to dismiss under Federal Rule of Civil Procedure 12.

Accordingly, Plaintiff is **ORDERED** to show cause in writing why Defendant Lifeplan Children's Services, Inc. should not be dismissed from this action for Plaintiff's failure to prosecute. Plaintiff must file its response by **November 7, 2023**. This Order to Show Cause will be discharged if Plaintiff files a request for entry of default against Defendant Lifeplan Children's Services, Inc. before the above deadline. Fed. R. Civ. P. 55(a). However, if Plaintiff fails to respond to this order and otherwise fails to prosecute this case, the Court will dismiss Defendant Lifeplan Children's Services, Inc. on its own. *See* Fed. R. Civ. P. 41(b); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (concluding a district court, on its own, may dismiss an action against a defendant under Federal Rule of Civil Procedure 41(b)). The Court finds this matter appropriate for resolution without oral argument. Fed. R. Civ. P. 78.

**IT IS SO ORDERED.**